**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ALISA N. HACKETT** **PLAINTIFF**

**vs.** **CAUSE NO: 3:26-CV-230 BSM**

**MOISSES ARELLANO, Individually** **DEFENDANT**

## ENTRY OF APPEARANCE

**NOW COMES,** Van Turner of the firm of Turner Feild, PLLC, and enters notice of appearance on behalf of Plaintiff Alisa N. Hackett. The undersigned counsel requests that court notices and service of all pleadings, motions, and other papers be directed to the undersigned counsel.

**Dated: September 3, 2026**

Respectfully submitted,

By: */s/ Van D. Turner, Jr.*
Van D. Turner, Jr. (TN BAR No. 022603)
TURNER FEILD, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
(901) 290-6610
(901) 290-6611
vturner@turnerfeildlaw.com
*Counsel for the Plaintiff*

Gabrielle Higgins (FBN: 1025840)
BEN CRUMP LAW, PLLC
614 S. Federal Highway
Fort Lauderdale, FL 33301
gabrielle@bencrump.com
*Pro hac vice motion forthcoming*
*Counsel for the Plaintiff*

Sue-Ann Robinson (FBN: 29463)
BEN CRUMP LAW, PLLC
614 S. Federal Highway
Fort Lauderdale, FL 33301
sueann@bencrump.com
*Pro hac vice motion forthcoming*
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2026, I served upon all counsel of record a copy of the foregoing pleading via electronic service through the Court's CM/ECF system.

*/s/ Van Turner, Jr.*
Van Turner, Jr.