IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ALISA N. HACKETT** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00230-BSM**

**MOISSES ARELLANO, individually** **DEFENDANT**

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Luther Oneal Sutter and the law firm of Sutter & Gillham, P.L.L.C., counsel of record for Plaintiff Alisa N. Hackett, and for their Motion to Withdraw as Counsel, state:

1. Undersigned counsel represented Plaintiff Alisa N. Hackett as counsel of record in this action when it was filed. She terminated counsel for no cause.

2. New counsel has entered an appearance on Plaintiff's behalf. On September 3, 2026, Van D. Turner, Jr. of Turner Feild, PLLC, filed an Entry of Appearance (Doc. 2) as counsel for Plaintiff, together with Gabrielle Higgins and Sue-Ann Robinson of Ben Crump Law, PLLC, whose pro hac vice motions are forthcoming.

3. Because Plaintiff will continue to be represented by counsel of record without interruption, she will suffer no prejudice from undersigned counsel's withdrawal, and withdrawal will not delay these proceedings.

4. Pursuant to Local Rule 83.5(f), undersigned counsel gives reasonable notice of this withdrawal to Plaintiff and to counsel of record for all parties by service of this Motion.

5. Sutter & Gillham, P.L.L.C. reserves and asserts its lien for attorney's fees and costs incurred in the representation of Plaintiff in this matter, pursuant to Ark. Code Ann. § 16-22-304 and 304, and reserves all rights with respect thereto, including the right to serve the statutory notice provided for in that section.

WHEREFORE, Luther Oneal Sutter and Sutter & Gillham, P.L.L.C. respectfully request that the Court grant them leave to withdraw as counsel of record for Plaintiff Alisa N. Hackett, that the Court's order expressly reserve Sutter & Gillham, P.L.L.C.'s lien for attorney's fees and costs, and for all other proper relief.

Respectfully submitted,

/s/ Luther Oneal Sutter
Luther Oneal Sutter, Ark. Bar No. 95-031
SUTTER & GILLHAM, P.L.L.C.
310 Natural Resources, Ste. 2
Little Rock, Arkansas 72205
(501) 315-1910 – telephone
Luther.sutterlaw@gmail.com

Withdrawing Attorney for Plaintiff